**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FLORIDA CLEAN WATER
NETWORK, INC., et al.,

      Plaintiffs,

vs.               Case No. 3:08-cv-120-J-32TEM

PAUL L. GROSSKRUGER, etc., et al.,

      Defendants.

_____

## ORDER[1]

   This case is before the Court on Intervenor-Plaintiffs Natural Resources Defense Council and Defenders of Wildlife's Emergency Motion for Injunction Pending Appeal (Doc. 44).  This motion was filed after 5 p.m. today and represents that defendants and the Airport Authority are opposed.  After reviewing the motion, the Court has determined to rule without waiting for a response so that plaintiffs can proceed on an expedited basis to seek relief in the Eleventh Circuit if they so desire.

   In a relatively recent Order in another environmental case, the Court has set forth the legal principles which govern when a party seeks an injunction pending appeal.  See Sierra Club v. U.S. Army Corps of Engineers, Case No. 3:05-cv-362-J-32TEM, Doc. 148; 2007 WL 402830 (Feb. 1, 2007).  Applying those same standards to the case at hand, and finding that plaintiffs have failed to make the necessary showing to secure from this Court an injunction

_____

[1]Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically.  However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

pending appeal, it is hereby

**ORDERED**:

Intervenor-Plaintiffs Natural Resources Defense Council and Defenders of Wildlife's

Emergency Motion for Injunction Pending Appeal (Doc. 44) is **denied**.

**DONE AND ORDERED** at Jacksonville, Florida this 15th day of February, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record

2